**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| AJAMU S. OSBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:16-CV-1050-M-BH |
| | ) | |
| CHIEF U.S. MARSHAL, et al., | ) | |
| | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

**ORDER**

Pursuant to *Special Order No. 3-251*, this *pro se* prisoner case has been automatically referred for pretrial management. On June 14, 2016, it was recommended that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute or comply with a court order because the plaintiff had failed to pay the filing fee within thirty days as ordered, after a finding that he had sufficient assets with which to pay the fee. (*See* doc. 14.) The plaintiff has now paid the filing fee. Accordingly, the June 14, 2016 findings, conclusions, and recommendation for dismissal are hereby **VACATED**. Because the plaintiff paid the filing fee, his request to proceed *in forma pauperis* (doc. 5) is **DEEMED MOOT**.

**SO ORDERED** on this 23rd day of June, 2016.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE