IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AJAMU S. OSBORNE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:16-CV-1050-M-BH |
| CHIEF U.S. MARSHAL, et al., | ) |
| Defendants. | ) Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed with prejudice by separate judgment until the plaintiff satisfies the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994). The *Motion to Intervene and/or Implead*, received June 10, 2016 (doc. 14), is denied as moot.

SIGNED this 28 day of November, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE